# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                         CASE NO.  4:04cr43-RH

DELANISE LAVEZ ROGERS,

      Defendant.

_____/

## ORDER REDUCING SENTENCE UNDER AMENDMENT 706

United States Sentencing Guidelines Amendment 706 allows a court to reduce a defendant's sentence under specific circumstances.  The defendant Delanise Lavez Rogers has moved for a sentence reduction.  By order entered December 15, 2008 (document 31), I gave notice of my intent to reduce Mr. Rogers's sentence from 97 months (the low end of the guideline range prior to the adoption of Amendment 706) to 78 months (the low end of the revised guideline range calculated under Amendment 706) unless the government or Mr. Rogers showed that I should not do so.

The government has filed a response stating that it has no objection to the proposed reduction.  Based on the existing record, including the presentence

report, I conclude that Mr. Rogers's sentence should be reduced to 78 months.

Amendment 706 and the governing law do not authorize a greater reduction. *See United States v. Melvin*, No. 08-13497, 2009 WL 236053 (11th Cir. Feb. 3, 2009) (holding that despite *Booker,* Amendment 706 allows a district court to reduce a sentence only to the low end of the revised guideline range); *United States v. Jones*, 548 F.3d 1366, 1369 (11th Cir. 2008) (holding that *Booker* does not authorize a sentence reduction for a defendant who does not meet the requirements of Amendment 706).  And as a matter of discretion, I would not reduce Mr. Rogers's sentence further at this time, even if I could do so.

Accordingly,

IT IS ORDERED:

1.  The defendant Delanise Lavez Rogers's motion to reduce sentence (document 29) is GRANTED IN PART.  Mr. Rogers's sentence is hereby reduced to 78 months in custody.  The judgment remains the same in all other respects.

2.  The clerk must provide a copy of this order to Mr. Rogers himself by mail and to the attorneys of record and the Federal Public Defender through the electronic filing system.

SO ORDERED on February 9, 2009.

s/Robert L. Hinkle                            
Chief United States District Judge

*Case No: 4:04cr43-RH*